PARRIS, Respondent, *v.* VILLAGE OF GREEN ISLAND, Appellant.

*(Supreme Court, General Term, Third Department.* September 25, 1891.)

Action by Jeffrey Parris against the village of Green Island.

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Motion to amend denied. For opinion on appeal, see 14 N. Y. Supp. 703.

---

PELKEY, Respondent, *v.* CARNRICK, Appellant.

*(Supreme Court, General Term, Third Department.* September 25, 1891.)

Action by Herbert J. Pelkey against Charles H. Carnrick.

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Judgment affirmed, with costs.

---

PEOPLE *ex rel.* BRUSH ILLUMINATING Co., Appellant, *v.* WEMPLE, Comptroller, Respondent.

*(Supreme Court, General Term, Third Department.* September 25, 1891.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Motion to amend granted. For opinion on appeal, see 15 N. Y. Supp. 718.

---

PEOPLE *ex rel.* EDISON ELECTRIC LIGHT Co., Appellant, *v.* WEMPLE, Comptroller, Respondent.

*(Supreme Court, General Term, Third Department.* September 25, 1891.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Motion of attorney general denied. Motion of relator to amend by restoring further sum of $67.40 granted. For opinion on appeal, see 15 N. Y. Supp. 711.

---

PEOPLE *ex rel.* HOWE, Respondent, *v.* TRUSTEES OF SARATOGA SPRINGS, Appellants.

*(Supreme Court, General Term, Third Department.* September 25, 1891.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Resolution of trustees designating two newspapers reversed, with $50 costs and disbursements.

---

ROUSE, Appellant, *v.* CATSKILL & NEW YORK STEAM-BOAT Co., Respondent.

*(Supreme Court, General Term, Third Department.* September 25, 1891.)

Action by Beulah Rouse, an infant, against the Catskill & New York Steam-Boat Company.

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Judgment affirmed, with costs. For former report, see 13 N. Y. Supp. 126.

---

SCHWARTZ, Appellant, *v.* POMEROY, Respondent.

*(Supreme Court, General Term, Third Department.* September 25, 1891.)

Action by Henry Schwartz against Valeria Pomeroy.

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Judgment of county court affirmed, with costs.